AO 455(Rev. 5/85) Waiver of Indictment

**FILED**

MAY 15 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

v.

JOSE MARTHA VIRGEN

**WAIVER OF INDICTMENT**

CASE NUMBER: 08cr1592-IEG

I, <u>JOSE MARTHA VIRGEN</u>, the above named defendant, who is accused of committing the following offense:

Title 8, U.S.C., Sec. 1326(a) and (b)-Deported Alien Found in the United States (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on ____5/15/08____ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before_____
JUDICIAL OFFICER